**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13890

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

KEVIN SCOTT SOSEBEE,

a.k.a. Sosa,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 4:18-cr-00003-MLB-WEJ-14

_____

Before NEWSOM, BRANCH, and BRASHER, Circuit Judges.

PER CURIAM:

Saraliene S. Durrett, appointed counsel for Kevin Sosebee in this direct criminal appeal, has moved to withdraw from further

2                    Opinion of the Court                    23-13890

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sosebee's convictions and sentences are **AFFIRMED**.